UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TORREY L. MACKEY, | ) | |
| | ) | Case No. 3:21-cv-306 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge H. Bruce Guyton |
| M.D.C.R.D, et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed Memorandum Opinion (Doc. 17), this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT